```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE J00-0003--CV (JKS)
                    "SOA V WAT-EVER ET AL"
```

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable David T. Walker, U.S. Magistrate Judge
     Referral Rule:  ADM 4
             Filed:  01/14/00
            Closed:  11/22/00

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine
                     28 USC 1333
            Origin:  (1) Original Proceeding
            Demand:  250
        Filing fee:  Paid $150.00 on 01/14/00 receipt # 10096451
          Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA, STATE OF, DEPT OF COMMUNITY & ECONOMIC DEVELOPMENT, | Daniel N. Branch<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-465-4136<br>FAX 907-465-2539 |
| PLF 2.1 | KENAI PENINSULA BOROUGH | Robert J. Molloy<br>Attorney at Law<br>110 S. Willow Street, Suite 101<br>Kenai, AK 99611<br>907-283-7373<br>FAX 907-283-2835 |
| DEF 1.1 | WAT-EVER, VESSEL IN REM | No counsel found for this party! |
| DEF 2.1 | MAHAN, BRIAN, IN PERSONAM | No counsel found for this party! |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J00-0003--CV (JKS)
                                    "SOA V WAT-EVER ET AL"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable David T. Walker, U.S. Magistrate Judge
     Referral Rule:  ADM 4
             Filed:  01/14/00
            Closed:  11/22/00

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine
                     28 USC 1333
            Origin:  (1) Original Proceeding
            Demand:  250
        Filing fee:  Paid $150.00 on 01/14/00 receipt # 10096451
          Trial by:
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 01/14/00 | Complaint filed; Summons issued for D-2. |
| 2 - 1      | 01/24/00 | Minute Order that case referred to MJ Walker per MJ Rule 4. cc: cnsl, MJ Walker, MJ CMC. |
| 3 - 1      | 01/24/00 | PLF 1 motion for order authorizing clerk to issue in rem warrant for arrest of vessel. |
| 4 - 1      | 01/26/00 | JWS Minute Order recusing himself; case reassigned to Judge Singleton; use J00-0003 CV (JKS) on all future filings. cc: cnsl, Judge Singleton, MJ Walker |
| 5 - 1      | 01/31/00 | DTW Order authorizing issuance of warrant for arrest of vessel. cc: Cnsl, USM, MJ CMC. |
| 6 - 1      | 02/07/00 | PLF 1 motion for order appointing substitute custodian and for expedited consideration thereof. |
| NOTE - 1   | 02/09/00 | Issued: In Rem WOA. |
| 7 - 1      | 02/09/00 | DTW Order appointing substitute custodian and for expedited consideration. cc: Cnsl, USM, MJ CMC. |
| 8 - 1      | 03/02/00 | PLF 1 Return of Service Executed on D-1,2 by USM 2/25/00. |
| 9 - 1      | 03/13/00 | PLF 2 Claim to proceeds w/atch exhibits. |
| 10 - 1     | 03/15/00 | JKS Minute Order re: plf required to take action as to case not at issue. Plf to require an answer or apply for default w/in 20 days. cc: cnsl |
| 11 - 1     | 03/17/00 | PLF 1 Return of Service Executed on D-2 on 3/9/00 by USM. |
| 12 - 1     | 03/17/00 | Return of Notice of Action and Arrest w/ proof of publication on 3/5/00, Anch Daily News. |
| 13 - 1     | 03/31/00 | PLF 1 motion for entry of default in personam. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J00-0003--CV (JKS)
                    "SOA V WAT-EVER ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 03/31/00 | PLF 1 motion for entry of default in rem. |
| 15 - | 1 | 04/12/00 | Clerk's Notice entering default against B. Mahan.  cc: cnsl, B. Mahan |
| 16 - | 1 | 04/12/00 | Clerk's Notice entering default in rem.  cc: cnsl |
| 17 - | 1 | 05/02/00 | PLF 1 motion for default judgment in rem w/att aff. |
| 17 - | 2 | 05/02/00 | PLF 1 motion for order of sale of vessel w/att aff. |
| 18 - | 1 | 05/16/00 | JKS Order granting motion for order of sale of vessel (17-2). cc: cnsl, U.S. Marshal |
| 19 - | 1 | 05/16/00 | JKS Default Judgment in rem in the amount of $162,451.18.  cc: cnsl, US Marshal, O&J |
| 20 - | 1 | 05/31/00 | USM Return on sale of F/V WAT-EVER; $37,000 deposited into Crt registry. |
| 20A- | 1 | 05/31/00 | PLF 1 motion for confirmation of sale of vessel. |
| 21 - | 1 | 06/01/00 | USM Return of vessel sale executed 05/23/00. |
| 22 - | 1 | 06/05/00 | JKS Order granting motion for confirmation of sale of vessel (20A-1). cc: cnsl, USM |
| 23 - | 1 | 06/12/00 | USM Return of Service re: notice of sale of the Wat-Ever Executed 05/16/00 w/att exh. |
| 24 - | 1 | 06/12/00 | USM Return of Service re: release of vessal Wat-Ever Executed 06/06/00 w/att exh. |
| 25 - | 1 | 06/26/00 | PLF 1 Status Report. |
| 26 - | 1 | 06/29/00 | PLF 1 motion for disbursal of sale proceeds. |
| 27 - | 1 | 07/07/00 | JWS Order granting motion for disbursal of sale proceeds (26-1).  cc: cnsl, Finance, USM |
| 28 - | 1 | 10/26/00 | PLF 1 motion for entry of deficiency judgment in personam w/att memo, affidavits and proposed deficiency judgment. |
| 29 - | 1 | 11/22/00 | JKS Judgment (deficiency judgment in personam) against Def B. Mahan in the amount of $204,791.03 w/int at the rate of $21.10 per day from 10/23/00 until date of judgment; plus granting motion for entry of deficiency judgment (28-1).  cc: cnsl, O&J file |
| NOTE - | 2 | 09/26/01 | Issued: writ of execution re DEF 2. |
| 30 - | 1 | 09/26/01 | PLF 1 Application re: Writ of Execution re: DEF 2. |
| 31 - | 1 | 09/26/01 | PLF 1 Creditors aff. |
| 32 - | 1 | 03/11/02 | USM Return of svc of debtor pkg on DEF 2 unexecuted. |
| 33 - | 1 | 03/11/02 | USM Return of svc re: writ of execution re: DEF 1 executed 10/4/01 no funds. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J00-0003--CV (JKS)
                     "SOA V WAT-EVER ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 34 - | 1 | 03/17/03 | PLF 1 Affidavit and application re: Writ of Execution against D-2. |
| NOTE - | 3 | 03/18/03 | Issued: Writ of execution re: Def 2. |
| 35 - | 1 | 01/26/04 | USM Return of svc on writ of execution re: DEF 2 executed on 4/1/03 no funds. |