DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT ) OF COMMUNITY AND ECONOMIC ) DEVELOPMENT, DIVISION OF ) INVESTMENTS, ) ) Plaintiff ) v. ) ) WAT-EVER, Official Number 942,274, ) In Rem; BRIAN MAHAN a.k.a BRIAN ) N. MAHAN, In Personam, ) ) Defendant. ) _____ ) | IN ADMIRALTY Case No. J00-003 CV (JKS) |

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

STATE OF ALASKA          )
                         ) ss.
FIRST JUDICIAL DISTRICT  )

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Christopher C. Poag, being on oath, deposes and says:

1.    I am an Assistant Attorney General for the Office of the Attorney General, and represent the Plaintiff in this matter.

2.    Deficiency Judgment for $ 204,791.03 was entered on November 21, 2000 in the docket of the above-entitled court and action, in favor of the State of Alaska as Judgment Creditor (Plaintiff) and against BRIAN MAHAN A.K.A BRIAN N. MAHAN as Judgment Debtor (Defendant).

3.    I am the attorney for the Judgment Creditor, State of Alaska, and request issuance of a Writ of Execution on the judgment.

4.    The Judgment Debtor, BRIAN MAHAN A.K.A BRIAN N. MAHAN was not represented by counsel.

5.    The judgment entered is a default judgment.

6.    ACCRUED since the entry of judgment are the following sums:

$ 1,032.40 accrued pre-judgment interest, computed at 8.00%; and

$ 51,435.80 accrued post-judgment interest, computed at 6.09%.

7.    There have been no payments made toward this judgment. $ 257,259.23 is ACTUALLY is DUE on this date. This total, is the amount of the original judgment as entered plus the prejudgment and postjudgment interest accrued;

/ / /

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

and bearing interest at 6.09 % per annum in the amount of $27.10 PER day from this

date.

DATED this 2nd day of February, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

Christopher C. Poag
Assistant Attorney General

SUBSCRIBED and SWORN to before me this 2nd day of February, 2006, at Juneau, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Anne-Marie Palumbo
NOTARY PUBLIC
My Commission Expires 4/07/00.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

Page 3