DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff <br> v. <br><br> WAT-EVER, Official Number 942,274, In Rem; BRIAN MAHAN a.k.a BRIAN N. MAHAN, In Personam, <br><br> Defendant. | IN ADMIRALTY <br><br> Case No.  J00-003 CV (JKS) <br><br><br><br> WRIT OF EXECUTION |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On November 21, 2000, a judgment was entered in the

docket of the above-entitled court and action, in favor of the State of Alaska as

Judgment Creditor, and against Brian Mahan a.k.a Brian N. Mahan as Judgment

WRIT OF EXECUTION                                                                                        PAGE  1

Debtor, for

>$ 162,451.18 principal;
>$   4,489.70 attorneys fees;
>$  94,894.81 interest;
>$  10,455.34 costs;
>Less $ 37,000.00 sale price of the WAT-EVER; and
>Less $ 30,500.00 sale price of the permit
>making a total amount of
>$ 204,791.03 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

>$ 1,032.40 accrued prejudgment interest, computed at 8%; and

>$ 51,435.80 accrued postjudgment interest, computed at 6.09%.

There have been no further payments made toward this judgment, leaving a net balance of $ 257,259.23 ACTUALLY DUE ON February 2, 2006, the date of the request for issuance of this writ, of which $ 257,259.23 is due on the judgment as entered, and bears interest at 6.09% per annum in the amount of $ 27.10 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be

found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

DATED _____           IDA ROMACK, CLERK

[SEAL]                        By: _____
                                  Deputy Clerk