IN THE ~~DISTRICT~~/~~SUPERIOR~~ U.S District COURT FOR THE ~~STATE~~ OF ALASKA

AT _____

State of Alaska, Dept of Commerce ) 
Community and Economic Development ) 
    Plaintiff(s), )
vs. )
 )
Brian Mahan a.k.a. )
Brian N. Mahan    Defendant(s). )

CASE NO. J00-003 CV (JKS)

CREDITOR'S AFFIDAVIT

I, __State of Alaska__ upon oath or affirmation and under
(judgment creditor)
penalty of perjury, state as follows:
I have obtained a judgment against __Brian Mahan__
in the total amount of $ __204,791.03__.
(judgment debtor)

I ☐ will attempt ☒ have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is not property of a type subject to value limitations under AS 09.38.020:

Description of Property

Exxon Valdez Oil Spill Settlement

I believe the above listed property is not exempt for the following factual reasons:

AS 09.38.015
AS 43.23.065 - Debt is owed to the state of Alaska

Date: 1/31/06

Creditor's Signature: [signed]

Creditor's Name (please print): Chris Poag

Mailing Address: PO Box 110300    City: Juneau    State: AK    ZIP: 99811

Subscribed and sworn to or affirmed before me at __Juneau__, Alaska on __1/31/05__.

(SEAL) STATE OF ALASKA
OFFICIAL SEAL
Anne-Marie Palumbo
NOTARY PUBLIC
My Commission Expires w/office

Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires __with office__

CIV-505 (3/87)(st.1)
CREDITOR'S AFFIDAVIT

AS 09.38.080(b)