U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF State of Alaska | COURT CASE NUMBER J00-003 CV (JKS) |
|---|---|
| DEFENDANT Brian N. Mahan | TYPE OF PROCESS Serve writ of execution |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Exxon Valdez Qualified Fund attn. Terry Spellman |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 1201 3rd Ave. Suite 3200  Seattle WA |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Anne Marie Palumbo Dept of Law PO Box 110300 Juneau AK 99811 | Number of process to be served with this Form - 285 | |
| --- | --- | --- |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                      Fold

Serve and execute on Elia Lind's Exxon Valdez Oil
Spill settlement
hold on to original writ                                                  ①

| Signature of Attorney or other Originator requesting service on behalf of: [☒] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 465-3600 | DATE 1/26/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 2-02-06 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [☒] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Jesse Gorsuch - EQSF claims assistant | [☒] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 3/7/06  Time 1405 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 1.78 | Forwarding Fee | Total Charges 46.78 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

1 DEPUTY × 4 MILES R/T ~ 30 MINUTES

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# EXXON QUALIFIED SETTLEMENT FUND

c/o Keller Rohrback L.L.P.
P.O. Box 21945
Seattle, Washington 98111
(800) 397-7455

March 8, 2006

Brian. N. Mahan

)01

Rebekah Newman (Mahan)

State of Alaska
Child Support Enforcement Division
550 West 7th Avenue, Suite 310
Anchorage, AK   99501-9953

Alaska Division of Investments
Department of Community & Economic Development
P.O. Box 34159
Juneau, AK  99803-4159

U.S. Marshals Service
222 West 7th Avenue, #28
Anchorage, AK  99513

### Re:  EXXON VALDEZ OIL SPILL LITIGATION
### Exxon Qualified Settlement Fund
### Brian N. Mahan

Dear Parties in Interest:

The Exxon Qualified Settlement Fund ("EQSF") Administrator recently received a Notice of
Levy by a Court Writ, and a Writ of Execution, entered  in the matter of *State of Alaska, Dept. of
Commerce, Community and Economic Development v. Mahan*, United States District Court for
the District of Alaska, Case No. J00-003 CV.  We have recorded this as a lien against Brian N.
Mahan's claims asserted in the Exxon Valdez Oil Spill ("EVOS") Litigation.  I enclose a copy of
EQSF's Response to Levy.

According to the documentation we have on file, EVOS claimant Brian N. Mahan's EVOS claim proceeds are already subject to the following interests, in the priority indicated:

1. The Alaska Division of Investments ("ADI") is entitled to the first $78,000 of any available proceeds, pursuant to an assignment dated February 25, 1995.

2. Rebekah Newman, f/k/a Mahan, is entitled to 50% of any further available claim proceeds, pursuant to an assignment dated November 2, 1995. The remaining 50% will be used to satisfy the below assignments and liens.

3. ADI is entitled to the next $16,000 of any further claim proceeds, pursuant to an assignment dated March 28, 1998.

4. ADI is entitled to the next $165,000 of any further claim proceeds, pursuant to an assignment dated June 23, 1999.

5. The State of Alaska – Child Support Enforcement Division ("AK-CSED") is entitled to $26,309.94 (an amount that is subject to change), pursuant to a lien for unpaid child support obligations that attached on November 27, 2000.

The Writ of Execution does not affect the priorities of these previous interests. To the extent that any surplus funds become available after the above interests are satisfied, they will be applied to any outstanding balance due under the Writ of Execution. Such checks will be made payable to the Clerk of Court and mailed to the U.S. Marshals Service at the above address.

If you object to the above, you must send your objection in writing. If EQSF fails to receive a written objection before **April 10, 2006,** you will be deemed to have consented to the distributions as set forth above. Please feel free to call me or my assistant, Terri Spellman, at (206) 224-7003, if you have any questions. Thank you.

Sincerely,

Mark A. Bailey
Beresford Booth PLLC

\\krfile\QSF\Lit_on_Keller\20300\Liens\ACK ltr\mahan060308.doc

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT )
OF COMMERCE, COMMUNITY )  IN ADMIRALTY
AND ECONOMIC DEVELOPMENT, )
DIVISION OF INVESTMENTS, )  Case No. J00-003 CV (JKS)
         )
   Plaintiff  )
v.         )
         )
WAT-EVER, Official Number 942,274, )
In Rem; BRIAN MAHAN a.k.a BRIAN )
N. MAHAN, In Personam,  )
         )
   Defendant.  )
_____ )

### NOTICE OF LEVY BY A COURT WRIT

To:    EXXON Qualified Settlement Fund

  YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Brian N. Mahan, exceeding the sum of $257,329.23 (**includes service fee**) is hereby levied upon by the attached writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: _____

RANDY JOHNSON
United States Marshal
District of Alaska
Amount of Writ:  $257,259.23  222 West 7th Avenue #28
            Anchorage, Alaska  99513
Service Fee:   $70.00   (907) 271-5154

Interest:   $_____

Total Due:   $_____

        By: _____
        Deputy U.S. Marshal

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2006 MAR 10  AM 10: 00

CASE NO: *J 00-003* CIV

## RESPONSE TO LEVY

To United States Marshal:

You are notified that *the Exxon Qualified Settlement Fund*

( ) does  (✗) does not have money, personal property, credits, or

debts belonging to *Brian Mahan* , SSN:

, in the amount of  $ ___*0 currently**___ , of which

$ ___*0*___ is being released to you.  There is no other

property of any kind belonging to judgment debtor in our possession

or under our control.

DATE: *3/8/06*          SIGNATURE: _____

(Type or Print Name) *Mark Bailey*

TITLE *attorney for EQSF*

*★EQSF has recorded this lien against Mr. Mahan's claims in the
Exxon Valdez oil spill litigation, and will disburse any funds that
become available on Mr. Mahan's claims in accordance with the writ
as funds become available
for distribution.*

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
*********************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK  99513