# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: State of Alaska | COURT CASE NUMBER: J00-003 CV (JKS) |
| DEFENDANT: Brian N. Mahan | TYPE OF PROCESS: Serve debtors package |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Brian N. Mahan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): [illegible]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo
Dept of Law
PO Box 110300
Juneau AK 99811

Number of process to be served with this Form 285: [illegible]
Number of parties to be served in this case: [illegible]
Check for service on U.S.A.

RECEIVED MAR 21 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Once the writ is served on EVOS please send Judgement debtor package to Brian Mahan

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 465-3600
DATE: 1/26/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 3-13-06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Mailed

CHARGED & TRANSFERRED
Date 3-14-06   TO # 402
Initials CMK   $1360

Date of Service: 3/17/06
Time: [blank] am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $8 | 5.60 | | $1360 | | |

REMARKS: Sent out certified -RR- restricted returned

RECEIVED U.S. MARSHALS SERVICE ALASKA FEB 7 AM 10:50

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark: MAR 13 2005, Federal Office Bldg, Anchorage AK 99513

Sent To: Brian Mahan
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Article number: 7001 2510 0002 1407 6550

PS Form 3800, January 2001   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brian Mahan
   P
   C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Lisa M. Blackburn    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LISA Blackburn
C. Date of Delivery: 3/17/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   RECEIVED FEDERAL PUBLIC DEFENDER ANCHORAGE ALASKA
   AM 11:34

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0002 1407 6550

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509