DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, ) ) ) ) | IN ADMIRALTY |
| ) | Case No. J00-003 CV (JKS) |
| Plaintiff ) v. ) | |
| WAT-EVER, Official Number 942,274, In Rem; BRIAN MAHAN a.k.a BRIAN N. MAHAN, In Personam, ) ) ) ) | Notice of Substitution of Counsel |
| Defendant. ) | |

PLEASE TAKE NOTICE that Chris Poag, Assistant Attorney General, Department of Law, P.O. Box 110300, Juneau, AK 99811-0300, telephone: (907) 465-3600/fax: 465-2539, hereby enters his appearance and substitutes as counsel for the State of Alaska, Department of

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Commerce, Community and Economic Development, Division of Investments, in the above-captioned matter.

Copies of all notices, motions and pleadings should be sent to Chris Poag at the address referenced above.

DATED: 3/22/06

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *(signature)*
Chris Poag
Assistant Attorney General
Alaska Bar No. 9807039