

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

Memorandum To:   US District Court for the District of Alaska

From:   U.S. Marshals Service

Subject:   **J00-003 CV (JKS)** Original Writ of Execution

Date:   March 30, 2007

RECEIVED
MAR 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Klemm
Purchasing Agent

ORIGINAL

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039



RECEIVED
MAR 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff <br> v. <br><br> WAT-EVER, Official Number 942,274, In Rem; BRIAN MAHAN a.k.a BRIAN N. MAHAN, In Personam, <br><br> Defendant. | IN ADMIRALTY <br><br> Case No. J00-003 CV (JKS) <br><br><br> WRIT OF EXECUTION |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On November 21, 2000, a judgment was entered in the

docket of the above-entitled court and action, in favor of the State of Alaska as

Judgment Creditor, and against Brian Mahan a.k.a Brian N. Mahan as Judgment

WRIT OF EXECUTION                                                PAGE 1

Debtor, for

>$ 162,451.18 principal;
>$     4,489.70 attorneys fees;
>$ 94,894.81 interest;
>$ 10,455.34 costs;
>Less $ 37,000.00 sale price of the WAT-EVER; and
>Less $ 30,500.00 sale price of the permit
>making a total amount of
>$ 204,791.03 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

$ 1,032.40 accrued prejudgment interest, computed at 8%; and

$ 51,435.80 accrued postjudgment interest, computed at 6.09%.

There have been no further payments made toward this judgment, leaving a net balance of $ 257,259.23 ACTUALLY DUE ON February 2, 2006, the date of the request for issuance of this writ, of which $ 257,259.23 is due on the judgment as entered, and bears interest at 6.09% per annum in the amount of $ 27.10 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be

found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

DATED 2-2-06                          IDA ROMACK, CLERK

[SEAL]                                **REDACTED SIGNATURE**
                                      Deputy Clerk

WRIT OF EXECUTION                                                   PAGE 3